DENNIS WAYNE HUFF, JR
127 CHOCTAW BEND
CLINTON, MS 39056

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

WEBBANK/ONEMAIN
PO BOX 3316
EVANSVILLE, IN 47732

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

NETCREDIT
ATTN: BANKRUPTCY
175 W JACKSON BLVD
STE 600
CHICAGO, IL 60604

ONEMAIN
PO BOX 1010
EVANSVILLE, IN 47706

RENFROE & PERILLOUX
648 LAKELAND DR EAST
STE A
FLOWOOD, MS 39232

TRUSTMARK NATIONAL
248 EAST CAPITOL ST
JACKSON, MS 39201