**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Dennis Wayne Huff, Jr, Debtor** **Case No. 26-02523-JAW**
**CHAPTER 13**

**MOTION TO EXTEND AUTOMATIC STAY**

COMES NOW Debtor by and through their undersigned attorney, pursuant to 11 U.S.C. §362(c)(3)(B), and respectfully move this court to continue the automatic stay provided under 11 U.S.C. §362(a) as to all creditors, and in support thereof would show:

1. That this Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2. That on 09/15/2026, Debtor filed the petition for relief under Chapter 13 in the instant cause.

3. That on or about 12/3/2025 Debtor filed a Chapter 13 proceeding, case number 25-03079, and said case dismissed on 1/12/2026.

4. That debtor filed the instant case in good faith and only after a substantial change in the financial and personal affairs of the Debtor.

5. That this motion is not made for the purposes of delay, but in good faith.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d). Debtors further requests any additional relief, general or specific, to which they may be entitled.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Dennis Wayne Huff, Jr, Debtor** **Case No. 26-02523-JAW**
**CHAPTER 13**

**DECLARATION IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

The debtor, in support of the Motion to Extend the Automatic Stay, states as follows:

1. I have personal knowledge of the facts listed in the foregoing situation.
2. I am over the age of 18, of sound mind, am capable of making this Declaration, and am fully competent to testify to the natters stated herein.
3. I filed this bankruptcy petition on 9/15/2026.
4. I previously filed bankruptcy case number 25-03079 under Chapter 13 on 12/3/2025 and that case was dismissed on 1/12/2026.
5. I have had no other pending bankruptcy cases in the preceding one-year period.
6. I have not had any prior cases dismissed in the past year for any of the following reasons:
   - Failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.
7. I have had a substantial change in my financial or personal affairs since the dismissal of the last case, and I believe that this case will result in a confirmed plan that will be fully performed.
8. Those changes are as follows:

   I worked out a modification of my mortgage during my prior case and no longer needed bankruptcy relief.

   I filed my last case *pro se*. I have retained counsel to file this case so that all schedules and statements are properly filed and I am informed of my responsibilities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/15/2026

/s/ Dennis Wayne Huff, Jr
Dennis Wayne Huff, Jr

# CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Extend Automatic Stay and Declaration were forwarded on September 16, 2026, to:

By Electronic CM/ECF Notice:

Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
DENNIS WAYNE HUFF, JR

CASE NO: 26-02523-JAW

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 9/16/2026, I did cause a copy of the following documents, described below,

Motion to Extend w Declaration

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/16/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DENNIS WAYNE HUFF, JR

CASE NO: 26-02523-JAW

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 9/16/2026, a copy of the following documents, described below,

Motion to Extend w Declaration

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/16/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-02523-JAW
SOUTHERN DISTRICT OF MISSISSIPPI
WED SEP 16 9-32-15 PST 2026

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON MS 39201-5036~~

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON MS 39201-5025

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

NETCREDIT
ATTN BANKRUPTCY
175 W JACKSON BLVD
STE 600
CHICAGO IL 60604-2948

ONEMAIN
PO BOX 1010
EVANSVILLE IN 47706-1010

RENFROE PERILLOUX
648 LAKELAND DR EAST
STE A
FLOWOOD MS 39232-9574

(P)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

WEBBANKONEMAIN
PO BOX 3316
EVANSVILLE IN 47732-3316

DEBTOR

DENNIS WAYNE HUFF JR
127 CHOCTAW BEND
CLINTON MS 39056-3164

HAROLD J BARKLEY JR
PO BOX 4476
JACKSON MS 39296-4476

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767