DENNIS WAYNE HUFF, JR
127 CHOCTAW BEND
CLINTON, MS 39056

TRUSTMARK NATIONAL
248 EAST CAPITOL ST
JACKSON, MS 39201

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

WEBBANK/ONEMAIN
PO BOX 3316
EVANSVILLE, IN 47732

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

KRISTI JOHNSON
219 EASTLAND BLVD
OCEAN SPRINGS, MS 39564

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

NETCREDIT
ATTN: BANKRUPTCY
175 W JACKSON BLVD
STE 600
CHICAGO, IL 60604

ONEMAIN
PO BOX 1010
EVANSVILLE, IN 47706

RENFROE & PERILLOUX
648 LAKELAND DR EAST
STE A
FLOWOOD, MS 39232