**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**DENNI WAYNE HUFF, JR.** **26 – 02523 – JAW**

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to Confirmation of the Debtor's Chapter 13 Plan; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. The Debtor filed a Chapter 13 Petition on September 15, 2026, and a 341(a) Meeting of Creditors was held on November 3, 2026.

2. Upon information and belief, this plan has not been filed in good faith.

3. That, the Internal Revenue Service filed a priority claim with an estimated liability for the 2024 tax year stating Debtor had not filed the required tax return. According to testimony at Debtor's 341(a) Meeting of Creditors, Debtor filed said return. Should the Internal Revenue Service not amend its claim reflecting Debtor filed all required tax returns, Debtor should be required to object to the claim or confirmation should be denied and this case dismissed.

4. The Trustee hereby objects to any amended plan filed hereafter.

5. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and at a hearing hereon confirmation be denied and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated: November 4, 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr.

HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM

## CERTIFICATE

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Dennis Wayne Huff, Jr.
127 Choctaw Bend
Clinton, MS 39056

Internal Revenue Service
Post Office 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
c/o U. S. Attorney
501 E Court St. #4.430
Jackson, MS 39201

US Attorney General
US Dept of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

Dated: November ____4______, 2026

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.